

# Fourth Court of Appeals
## San Antonio, Texas

October 16, 2019

No. 04-19-00617-CR

Anthony Charles **MCVEA,**
Appellant

v.

The **STATE** of Texas,
Appellee

From the County Court at Law No. 15, Bexar County, Texas
Trial Court No. 614181
Honorable Melissa Vara, Judge Presiding

# O R D E R

The clerk's record shows that appellant was charged by information with resisting arrest. Appellant filed a pro se motion to suppress and a pro se notice of appeal on the same day, September 4, 2019. The record contains no final judgment or other appealable order. In addition, the record reflects that appellant is represented by counsel and therefore may not simultaneously proceed pro se. *See Rudd v. State*, 616 S.W.2d 623, 625 (Tex. Crim. App. 1981) (there is no right to hybrid representation in Texas). Accordingly, appellant is hereby ORDERED to show cause in writing **within ten (10) days** from the date of this order stating why this appeal should not be dismissed for want of jurisdiction. TEX. R. APP. P. 25.2(a)(2).

_____
Liza A. Rodriguez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 16th day of October, 2019.

_____
LUZ ESTRADA,
Chief Deputy Clerk